**D. D. DOUGLAS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 37212.**

Court of Criminal Appeals of Texas.

Oct. 28, 1964.

No attorney of record on appeal for appellant.

Frank Briscoe, Dist. Atty., Carl E. F. Dally, Asst. Dist. Atty., Houston, and Leon

B. Douglas, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is passing as true a forged instrument; the punishment, three years and six months.

No statement of facts accompanies the record.

By Bill of Exception #1 complaint is made of the refusal of the Court to grant a certain defensive charge. The bill contains no recitation of fact to demonstrate that such a charge should have been given. In the absence of a statement of facts bills of exception to the Court's charge cannot be considered. Williams v. State, Tex.Cr. App., 378 S.W.2d 325, and cases there cited.

The judgment is affirmed.